**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHARLES D. HELLOMS** **PLAINTIFF**
**ADC #146908**

**v.** **No. 4:26-cv-1240-DPM-PSH**

**KEDRICK JACKSON, SGT. ADC;**
**KAYLA SHINN, Shift Supervisor, ADC;**
**BREANNA NESBY, CPL., ADC;**
**BRITTANY ROBERTS, Cpl., ADC;**
**JOI EBONY HARRIS, Chief of Security, ADC;**
**KENNETH N. DAVIS, Deputy Warden, ADC;**
**JAMES GIBSON, Warden; REX G. LAY, ADC;**
**GAYLON LAY, Asst. Director, ADC;**
**DEXTER PAYNE, Director, ADC;**
**DEBORAH L. GOODWIN, Disciplinary Hearing Ofcr., ADC; LATOYA NORMAN, Mental Health Supervisor, ADC; and**
**JEROME MILLS, Sgt., ADC** **DEFENDANTS**

**ORDER**

I recuse. Kenneth (Kenny) Davis is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

D.P. Marshall Jr.
_______________
D.P. Marshall Jr.
United States District Judge

17 November 2026
_______________